# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-mj-0004 |
| Plaintiff, | Magistrate Judge Sharon L. Ovington |
| vs. | |
| TERRY GUNSAULEY, | |
| Defendant. | |

## REMOVAL AND COMMITMENT ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District on a warrant issued upon an Indictment in the United States District of South Carolina, in Case No. 3:10-CR-582-CMC (7). Defendant appeared in open Court on January 4, 2018, and after being advised of his rights, waived his right to an identity hearing, preliminary hearing and a detention hearing.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** United States District Court of South Carolina for all further proceedings as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the Unites States Marshal

for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

January 5, 2018                                         *s/Sharon L. Ovington*
                                                         Sharon L. Ovington
                                                      United States Magistrate Judge